# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fernando Moreno, et al.

                                      Plaintiff,

v.                                                                Case No.: 1:20–cv–03545
                                                                       Honorable Matthew F. Kennelly

Best Firewood and Mulch, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 1, 2021:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 6/1/2021. Motions for approval of settlement [24] [25] are granted for the reasons stated on the record. The case is dismissed without prejudice pursuant to the settlement. The dismissal will convert to a dismissal with prejudice on 7/1/2021 unless a motion to reinstate is filed before that date. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.